UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00105-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KEVIN JEFF RANKIN,

       Defendant.

## ORDER

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release for Defendant Kevin Jeff Rankin will be held on **January 24, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 26th day of December, 2006

       **BY THE COURT:**

       *Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge