# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation Supervised Release**) |
| v. | Case Number:  06-cr-00105-MSK-01 |
| KEVIN J. RANKIN | USM Number:  22319-051 |
| | Edward Pluss, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1-8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 02/10/06 |
| 2 | Possession and Use of a Controlled Substance | 08/15/06 |
| 3 | Possession and Use of a Controlled Substance | 09/13/06 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

|  |
|---|
| January 24, 2007 |
| Date of Imposition of Judgment |
|  |
| s/Marcia S. Krieger |
| Signature of Judge |
|  |
| Marcia S. Krieger, U.S. District Judge |
| Name & Title of Judge |
|  |
| January 25, 2007 |
| Date |

DEFENDANT:  KEVIN J. RANKIN
CASE NUMBER:  06-cr-00105-MSK-01                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Possession and Use of a Controlled Substance | 09/18/06 |
| 5 | Possession and Use of a Controlled Substance | 10/20/06 |
| 6 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 10/16/06 |
| 7 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 09/18/06 |
| 8 | Failure to Comply with Rules of the Residential Re-Entry Center (RRC) | 12/13/06 |

DEFENDANT: KEVIN J. RANKIN
CASE NUMBER: 06-cr-00105-MSK-01                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The court recommends that the Bureau of Prisons conduct a complete and comprehensive medical examination to determine the nature and extent of the defendant's back injury, and that it administer appropriate treatment and/or rehabilitation. It is further recommended that the defendant's designation to an institution be based on the emphasis on medical intervention, rather than other criteria generally evaluated by Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal